# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SARAH GREENE AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAISY GATES | MISC. CASE NO. 17-mc-93 |
| VS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICALS U.S.A, INC. AND TAKEDA PHARMACEUTICAL COMPANY LIMITED | MAGISTRATE JUDGE HANNA |

## REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, DAISY GATES

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Sarah Greene, as Personal Representative and Derivative Claimant; and Marvel Mack as Derivative Claimant and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

    GRANTED and

    The settlement by and between Plaintiffs, Sarah Greene, as Personal Representative and Derivative Claimant, and Marvel Mack as Derivative Claimant individually and as legal heirs to the Estate of Daisy Gates, deceased, and Takeda, as notice to the Court on May 9, 2017 be

    APPROVED.

    The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this <u>11th</u> of <u>May</u>, 2017.

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE