RECEIVED

MAY 2 5 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SARAH GREENE, ET AL. | MISC. CASE NO. 17-mc-00093<br>RELATED CASE 14-1674 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Sarah Greene, as Personal Representative and Derivative Claimant; and Marvel Mack, as Derivative Claimant of the Estate of Daisy Gates, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 25th day of May, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE